# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CR 25-0792-AH** | Date | JULY 8, 2026 |

| | |
|---|---|
| Present: The Honorable | ANNE HWANG, U. S. DISTRICT JUDGE |
| Interpreter | N/A |

| YOLANDA SKIPPER | COURT SMART | TIM SEARIGHT |
|---|---|---|
| *Deputy Clerk* | *Court Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| CEASER SALVADOR SIGALA | ✗ | | ✗ | KAREN L. GOLDSTEIN | ✗ | ✗ | |

**Proceedings: HEARING RE: CHANGE OF PLEA**

X Defendant moves to change plea to **Count 1 of the Indictment.**

X Defendant is sworn and waiver of Defendant's Constitutional Rights are taken. Defense counsel joins in waiver of Defendant's Constitutional Rights.

X Defendant **CEASER SALVADOR SIGALA,** enters a new and different plea of **GUILTY** to **Count 1 of the Indictment.**

X The Court questions the defendant regarding plea of GUILTY, and FINDS that a factual and legal basis for the plea, and the plea is free of any coercive influence, voluntarily made with full knowledge of the charges against her, the consequences of the plea; that there have been no promises of any kind made to the defendant by anyone and no threats or coercion have been exerted upon defendant in any manner. The Court ORDERS the plea accepted and entered.

X The Court refers the defendant to the Probation Office for investigation and preparation of a pre-sentence report and continues the matter to ***JULY 21, 2027 at 9:00 A.M.,*** for sentencing. The Jury Trial date of September 15, 2026 and the Status Conference of August 19, 2026 as to this defendant is hereby vacated. The defendant will remain on bond and shall comply with the rules and regulations of the U. S. Probation Office.

X **Other: Counsel are ORDERED to comply with the Federal Rules of Criminal Procedure. Position papers are due 2 weeks prior to the hearing date. If there are no position papers, counsel are directed to file a notice of non-opposition.**

cc: U.S. PROBATION, PRETRIAL SERVICES AGENCY

:29